USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TPG GROUP, WILLIAM HUTCHISON,

                Plaintiffs,

-against-

ALTERNATIVE RE HOLDINGS
LIMITED, ALTERNATIVE RE
LIMITED, ARCH INSURANCE
COMPANY,

                Defendants.
------------------------------------------------------------x

No. 08 Civ. 11244 (SHS)

NOTICE OF
WITHDRAWAL OF
APPEARANCE AND ORDER

       **PLEASE TAKE NOTICE**, that Lisa A. Keenan of Dewey & LeBoeuf LLP hereby withdraws her notice of appearance as counsel on behalf of Defendant Arch Insurance Company in the above-referenced matter.

Dated: New York, NY
       June 15, 2009

By: _____
Lisa A. Keenan
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

*Attorneys for Defendant Arch Insurance Co.*

6/19/09

SO ORDERED:

_____
Hon. Sidney H. Stein, USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
TPG GROUP, WILLIAM HUTCHISON,  :
                                        Plaintiffs,  :      No. 08 Civ. 11244 (SHS)

            -against-  :

ALTERNATIVE RE HOLDINGS  :      AFFIDAVIT OF
LIMITED, ALTERNATIVE RE  :      LISA A. KEENAN
LIMITED, ARCH INSURANCE  :
COMPANY,  :

                                     Defendants.  :
---------------------------------------------------------------- x

STATE OF NEW YORK   )
                            : ss.:
COUNTY OF NEW YORK  )

        Lisa A. Keenan, being duly sworn, deposes and states as follows:

        1.     I am an associate with the law firm of Dewey & LeBoeuf LLP, counsel for Defendant Arch Insurance Company in the above-captioned litigation. I am admitted to practice in this Court, and I make this Affidavit in support of my Notice of Withdrawal of Appearance and Order.

        2.     As of June 19, 2009, I will no longer be associated with the law firm of Dewey & LeBoeuf LLP.

Dated: New York, NY
         June 15, 2009

By: _____
      Lisa A. Keenan
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 259-8000

Sworn to before me this
15th day of June, 2009

_____
Notary Public

REGINA M. KING
NOTARY PUBLIC, State of New York
No. 01KI6187985
Qualified in Queens County
Commission Expires June 4, 2011